Eastern District of Kentucky
FILED
JUN 26 2025
AT LONDON
Robert R. Carr
CLERK US. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

UNITED STATES OF AMERICA

V.                                INDICTMENT NO. 6:25-cr-056-CHB
                                  21 U.S.C. § 846

RANJIT SINGH WAHI

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

Beginning in or about a day in 2019, the exact date unknown, and continuing through on or about November 18, 2022, in Perry County, in the Eastern District of Kentucky, and elsewhere,

**RANJIT SINGH WAHI**

did conspire with others to knowingly and intentionally distribute and dispense, outside the scope of professional practice and not for a legitimate medical purpose, a quantity of pills containing controlled substances, to include oxycodone and methadone, both of which are Schedule II controlled substances, in violation of 21 U.S.C. § 841(a)(1), all in violation of 21 U.S.C. § 846.

A TRUE BILL

_____
FOREPERSON

_/s/ for_
PAUL C. McCAFFREY
ACTING UNITED STATES ATTORNEY

## PENALTIES

Not more than 20 years imprisonment, not more than a $1,000,000 fine, and at least 3 years supervised release.

**PLUS:** Mandatory special assessment of $100.

**PLUS:** Restitution, if applicable.