# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
### SOUTHERN DIVISION
### LONDON

### *ELECTRONICALLY FILED*

**CRIMINAL ACTION NO. 6:25-CR-056-CHB-HAI-1**

**UNITED STATES OF AMERICA**                                              **PLAINTIFF**

**v.**                              **MOTION FOR REARRAIGNMENT**

**RANJIT SINGH WAHI**                                              **DEFENDANT**

* * * * * *

The Defendant, Ranjit Singh Wahi, moves for re-arraignment on the sole count of the indictment.

Respectfully submitted,

*/s/ Andrew L. Sparks*
Andrew L. Sparks (88566)
DICKINSON WRIGHT PLLC
300 West Vine Street, Suite 1700
Lexington, Kentucky 40507
E-mail: asparks@dickinsonwright.com
(859) 899-8700 – telephone
(844) 670-6009 - facsimile
COUNSEL FOR DEFENDANT,
RANJIT SINGH WAHI

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 30th day of September, 2025, I electronically filed the foregoing with the clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all the registered CM/ECF participants through the Court's electronic filing system.

*/s/ Andrew L. Sparks*
Andrew L. Sparks
COUNSEL FOR DEFENDANT,
RANJIT SINGH WAHI